IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHORIZO TRENAY GROVES, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Acting Commissioner of the Social | : | |
| Security Administration, | : | |
| Defendant | : | NO. 21-5455 |

## ORDER

**AND NOW**, this 30th day of June 2022, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 10) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. Upon remand, consistent with today's Memorandum, the ALJ shall: (a) consider properly Dr. Galdieri's opinions that Plaintiff medically equals Listed Impairments 12.04 and 12.06; and (b) consider properly Dr. Martinez's opinions that Plaintiff meets and medically equals Listed Impairment 12.04.

**BY THE COURT**:

   /s/ Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
United States Magistrate Judge